| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Joseph Anthony Norris, Jr.** DOB: 1987; U.S. Citizen, SSN: XXX-XX-2923 **Dorisann Marie Lopez** DOB: 1987, U.S. Citizen, SSN: XXX-XX-6203 | DOCKET NO. MAGISTRATE'S CASE NO. 09- 3231M |

Complaint for violation of Title 21 United States Code § 841(a)(1) and 841(b)(1)(B)(vii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 15, 2009, at or near Sells, on the Tohono O'Odham Indian Nation, in the District of Arizona, **Joseph Anthony Norris, Jr.,** and **Dorisann Marie Lopez**, did knowingly and intentionally possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 109.26 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On April 15, 2009, Tohono O'Odham Police made a traffic stop on a 1981 Chevy Pickup traveling eastbound on Highway 86 at Mile Marker 125 for headlight and lower signal not functioning, near Sells, Arizona. The officer informed the driver of the problem and the driver stated "I know I had problem with that switch." The officer asked for a driver's license and the driver said it was suspended. The officer asked who owned the vehicle and both driver and passenger said "no one did" at first, then passenger said it belonged to her aunt but did not know her name. Driver and passenger stated they were headed to Tucson and then to Las Vegas, NV. The officer used a canine to inspect the vehicle and the canine showed a presence to odor of marijuana on the passenger side door. Further inspection found a false compartment under the seat containing a total of 53 bundles of marijuana with a combined weight of approximately 109.26 kilograms. The driver was identified as **Joseph Anthony Norris, Jr.,** and the passenger was identified as **Dorisann Marie Lopez**.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. *Maingot/jm* AUTHORIZED BY: AUSA | SIGNATURE OF COMPLAINANT Stephanie Morales OFFICIAL TITLE Special Agent Immigration and Customs Enforcement |
|---|---|
| Sworn to before me and subscribed in my presence. SIGNATURE OF MAGISTRATE JUDGE | DATE April 16, 2009 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54